IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROMIE GRADY                                                                                    PLAINTIFF
ADC #100730

v.                                      5:17CV00273-JM

WENDY KELLEY, Director,
Arkansas Department of Correction; *et al.*                                       DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendants' Motion for Summary Judgment (Doc. No. 68) is GRANTED.

2. Plaintiff's remaining claims are DISMISSED WITH PREJUDICE, except that his state law claims are DISMISSED WITHOUT PREJUDICE.

3. Plaintiff's cause of action (Doc. No. 6) is DISMISSED.

4. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order adopting the recommendations or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 29th day of October, 2018.

_____
James M. Moody Jr.
United States District Judge