## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

ROMIE GRADY                                                                                           PLAINTIFF
ADC #100730

v.                                           5:17CV00273-JM

WENDY KELLEY, Director,
Arkansas Department of Correction; *et al.*                                                DEFENDANTS

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding Order would not be taken in good faith.

IT IS SO ORDERED this 29th day of October, 2018.

_____
James M. Moody Jr.
United States District Judge